MARTHA GREEN, Appellant, v. THIRD AVENUE RAILWAY COMPANY, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to open plaintiff's default, to set aside the dismissal of the action and to restore the case to the Trial Term Reserve Calendar granted. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ILSE C. SCHOELLER, Respondent, v. HANS R. SCHOELLER, Appellant.— Order unanimously modified by reducing the counsel fee to the sum of $250 and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Townley, J., taking no part.

GEORGE ISLER, Appellant, v. CECILE ISLER, Respondent.— Order entered December 12, 1945, denying plaintiff's motion to vacate order entered November 28, 1945, unanimously reversed, without costs, and the motion to vacate said order of November 28, 1945, granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ELIZABETH M. LANGAN, Appellant-Respondent, v. THOMAS B. LANGAN, Respondent-Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MINNIE M. PALMER, Respondent, v. COURTLAND PALMER, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GUSTAVE GLICKSTEIN, Respondent, v. McGINNIS' BROADWAY REST, INC., et al., Appellants.— Order unanimously reversed and the motion denied on condition that within ten days after entry of order defendant Loeb furnish a surety company bond in the amount of $50,000. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ANN HAVILAND, Respondent, v. HAVILAND LABORATORIES, INC., Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. Verified bill of particulars to be served upon plaintiff's attorney within ten days after service of the order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LOUISE GUILDEN, Respondent, v. IRA GUILDEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

FLORENCE KARAMESSINIS, Respondent, v. PETER KARAMESSINIS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ALTA M. MARSHALL, Respondent, v. EDWARD R. MARSHALL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.